United States District Court
Southern District of Texas
**ENTERED**
October 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HENRY ROCHE MURPHY CARDENAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-957 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

In August 2026, Plaintiff Henry Roche Murphy Cardenas filed a lawsuit seeking mandamus, declaratory, and injunctive relief against United States agencies. (Petition, Doc. 1) Service on Defendants was only recently perfected, (*see* Cert. of Service, Doc. 6), and no Defendant has appeared.

To facilitate the Court's proper management of this lawsuit, it is:

**ORDERED** that the Initial Pretrial Conference currently scheduled for October 27, 2026, is rescheduled to December 1, 2026, at 1:30 p.m.; and

**ORDERED** that Plaintiff's Motion for Leave to Appear Remotely Via Webex or Zoom at the October 27, 2026 Initial Pretrial and Scheduling Conference (Doc. 7) is **DENIED** as moot.

Counsel for all parties may appear at the December 1, 2026 Initial Pretrial Conference by videoconference.

Signed on October 23, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge